THE HONORABLE JAMES L. ROBART

# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MELISSA RAINEY,<br><br>   Plaintiff,<br><br>v.<br><br>AKAL SECURITY,<br><br>   Defendant | No. CV 08-1090 JLR<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO: Defendant AKAL Security

AND TO: Barry Alan Johnsrud and Jackson Lewis, LLP, defense counsel.

  YOU ARE HEREBY ADVISED that RALPH C. POND, located at 1000 Second Ave., 30th Floor, Seattle, Washington 98104, hereby withdraws as attorney for defendant MELISSA RAINEY, and that ALEX BUERGER, located at 318 Sixth Ave. S., #126, Seattle, WA 98104, is substituted as attorney for said defendant in the above entitled matter

  YOU AND EACH OF YOU ARE FURTHER NOTIFIED that the effective date of this withdrawal and substitution shall be immediate.

  DATED this 5th day of August, 2008.

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

BENEDICT GARRATT POND & PIERCE, PLLC
1000 Second Ave. 30th Floor
Seattle, WA 98104
Phone: (206) 447-5755
Fax: (206) 447-4345
E-mail: pond@benedictlaw.com

BENEDICT GARRATT POND & PIERCE, PLLC

By: _____
Ralph C. Pond
WSBA No. 11934
Withdrawing Attorney


By: _____
Alex Buerger
WSBA No. 25014
Substituting Attorney
Attorney for Melissa Rainey

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

BENEDICT GARRATT POND & PIERCE, PLLC
1000 Second Ave. 30th Floor
Seattle, WA 98104
Phone: (206) 447-5755
Fax: (206) 447-4345
E-mail: pond@benedictlaw.com